```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARY SCOTT,

                Plaintiff,

     -against-

CUSHMAN & WAKEFIELD, INC.,

                Defendant.

------------------------------------------------------------x

Civil Action No. 05 Civ. 2373 (BSJ)(RLE)

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

       IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between Joseph & Herzfeld, LLP, counsel for Plaintiff, and Clifton Budd & DeMaria, LLP, counsel for Defendant, that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is voluntary dismissed with prejudice and without costs to either party.

Joseph & Herzfeld, LLP
*Attorneys for Plaintiff*

By: _____
Charles Joseph (CJ-9442)
757 Third Avenue
New York, New York 10017
(212) 688-5640

Dated: Sept 27, 2005
New York, New York

Clifton Budd & DeMaria, LLP
*Attorneys for Defendant*

By: _____
Robert A. Sparer (RS-1355)
420 Lexington Avenue, Suite 420
New York, New York 10170
(212) 687-7410

Dated: October 7, 2005
New York, New York

SO ORDERED:

_____
United States District Judge

Dated: 10/14/05

11